IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONKAWA TRIBE OF INDIANS OF OKLAHOMA, ) ) ) | |
| Plaintiff, ) ) | Case No. 06-CV-1435-F |
| v. ) ) | Judge Stephen Friot |
| KENNETH SALAZAR, et al. ) ) | |
| Defendants. ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's October 29, 2010, Order, ECF No. 92, Plaintiff and Defendants respectfully submit the following joint report about the parties' efforts to resolve Plaintiff's trust accounting and trust mismanagement claims without the need for protracted litigation and other associated events since their October 26, 2011 Joint Status Report (ECF No. 101).

1. Since October 26, 2011, Plaintiff's counsel and representatives have been reviewing the various electronic databases relating to Plaintiff's trust accounts ("TADs"), which had been prepared by the Office of Historical Trust Accounting ("OHTA") of the Interior Department and which Defendants provided to Plaintiff on September 28 and October 19, 2011. Additionally, Plaintiff's counsel and representatives have been reviewing the information provided by Defendants' counsel and representatives at the informational briefing and settlement meeting on October 24, 2011, at Plaintiff's tribal government offices in Tonkawa, Oklahoma.

2. Plaintiff is in the process of retaining new counsel. Plaintiff expects that its new counsel, once retained by Plaintiff, will require adequate time to review the materials relating to Plaintiff's claims in this case, including but not limited to the information that Defendants have

provided to Plaintiff as part of the parties' settlement discussion process, and determine the appropriate next steps regarding the settlement discussions and the case.

    3.    The parties remain committed to their efforts to resolve Plaintiff's trust accounting and trust mismanagement claims through alternative dispute resolution (ADR) and without the need for protracted litigation. The parties agree that significant work remains to be done. Therefore, the parties believe that the Court should continue the current temporary stay of litigation so that Plaintiff can retain new counsel and further the parties can have a reasonable opportunity for accomplishing their remaining work.

Respectfully submitted on this 27th day of April, 2012,

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice

*/s/ Roger F. Wiley (with written permission provided on April 26, 2012)*
Roger F. Wiley, OBA #11568
Attorney at Law
P.O. Box 1667
McAlester, OK 74502
Tel: (918) 424-6678
rogerwiley@sbcglobal.net

*Attorney for Plaintiff*

*/s/ John P. Tustin*
JOHN P. TUSTIN
PETER K. DYKEMA
ANTHONY P. HOANG
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 305-3022 (Tustin)
     (202) 305-0436 (Dykema)
     (202) 305-0241 (Hoang)
Fax: (202) 353-2021
John.Tustin@usdoj.gov
Peter.Dykema@usdoj.gov
Anthony.Hoang@usdoj.gov

*Attorneys for Defendants*

OF COUNSEL:

SHANI N. WALKER
JOSHUA A. EDELSTEIN

- 3 -

        Office of the Solicitor
        United States Department of the Interior
        Washington, D.C.  20240

        REBECCA SALTIEL
        Office of the Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, D.C.  20227

## **CERTIFICATE OF SERVICE**

I hereby certify that on certify that on April 27, 2012, that a copy of the foregoing JOINT STATUS REPORT was served on the following counsel:

Roger F. Wiley
rogerwiley@sbcglobal.net

*Attorney for Plaintiff*

                                                  */s/  John P. Tustin*
                                                  JOHN P. TUSTIN
                                                  *Attorney for Defendants*